375 P.2d 336

Cecil Alvin PECE, Petitioner,

v.

The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, Respondent.

No. 3 HC.

Supreme Court of New Mexico.

Oct. 23, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for writ of mandamus be and the same is hereby denied for the reason that counsel has been appointed by the District Court for petitioner.